**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7033**

_____

BRYAN KEITH RICHARDSON,

             Petitioner – Appellant,

     v.

CHARLES WILLIAMS, Warden FCI Gilmer,

             Respondent – Appellee,

     and

ASSOCIATE WARDEN FERGUSON; DEBBIE J. LOHR, DHO hearing
officer; LIEUTENANT PRINCE; RUSSELL A. PERDUE, Warden of
FCI Gilmer,

             Respondents.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  Gina M. Groh, Chief
District Judge. (3:14-cv-00129-GMG-JSK)

_____

Submitted:  December 18, 2015      Decided:  January 6, 2016

_____

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bryan Keith Richardson, Appellant Pro Se.  Helen Campbell
Altmeyer, Assistant United States Attorney, Wheeling, West

Virginia; Erin K. Reisenweber, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Keith Richardson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Richardson v. Williams, No. 3:14-cv-00129-GMG-JSK (N.D. W. Va. June 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED